IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORH CAROLINA
CHARLOTTE DIVISION
3:17-cv-134

| | |
|---|---|
| NARESH C. ARORA, SUDHA ARORA | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) ORDER<br>) |
| REUBEN DANIELS, JR., *et. al*, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court upon its own motion. Pursuant to the Court's Order on April 2, 2018, Plaintiffs' prior service of process on Defendants Coyle and Brown was quashed. (Doc. No. 41). Plaintiffs were instructed that they had sixty (60) days to properly serve Defendants Brown and Coyle or the Court would dismiss Plaintiffs' claims against Brown and Coyle. Plaintiffs declined to properly serve Defendants Brown and Coyle, and, on August 24, 2018, the Court ordered Plaintiffs "to show cause within 14 days why the claims against [Defendants] Brown and Coyle should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." (Doc. No. 43). Plaintiffs declined to respond. Thus, Plaintiff's claims against Defendants Brown and Coyle are **DISMISSED** without prejudice.

**SO ORDERED.**

Signed: December 6, 2019

Graham C. Mullen
United States District Judge