# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Sudha Arora<br>Naresh C. Arora**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00134-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Reuben Daniels Jr. et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2020 Order.

January 7, 2020

Frank G. Johns, Clerk
United States District Court